E. L. ROBINSON, PLAINTIFF, v. EDWARD JANAY, *ET AL.*, DEFENDANTS-RESPONDENTS, v. BERGENWOOD CONSTRUCTION CO., *ETC.*, *ET AL.*, DEFENDANTS, AND RICH LAN, INC., DEFENDANT-PETITIONER.

See same case below: 105 *N. J. Super.* 585.

*Messrs. Klein & Klein* and *Mr. Jacob M. Goldberg* for the petitioner.

*Messrs. George R.* and *William L. Handler* for the respondents.

September 15, 1969. Denied.

VALERIAN NIKOLAJEWSKI, PLAINTIFF-PETITIONER, v. BOARD OF REVIEW, DIVISION OF EMPLOYMENT SECURITY, *ETC.*, DEFENDANT-RESPONDENT.

*Mr. Elson P. Kendall* for the petitioner.

*Mr. Edward A. Kaplan* for the respondent.

September 15, 1969. Granted.

2844 HUDSON BOULEVARD, INC., PLAINTIFF-PETITIONER, v. J. I. KISLAK AGENCY, INC., DEFENDANT-RESPONDENT.

*Messrs. Calissi, Gelman, Cuccio & Klinger* and *Mr. John J. Baldino* for the petitioner.

*Messrs. DeYoe, DeYoe & Guiney* for the respondent.

September 15, 1969. Denied.